AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

FILED: **6/1/26**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  4:26-MJ- 207 |
| Ronnie Austin Jr. | ) |
| | ) **Filed Under Seal** |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 17, 2026 - May 18, 2026   in the county of        Collin        in the
____Eastern____ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 - | Threats to the President of the United States |
| 18 U.S.C. § 875(c) - | Interstate Communication of Threats |

This criminal complaint is based on these facts:

See SA Jeffrey Cotner, FBI's affidavit attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jeffrey Cotner, FBI
_____
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date:  June 1, 2026

_____
*Judge's signature*

City and state:    Beaumont, Texas

Hon. Christine L. Stetson, U.S. Magistrate Judge
_____
*Printed name and title*