AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

FILED: **6/4/26**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

|  |  |
|---|---|
| United States of America <br> v. <br><br> Ronnie Austin Jr. <br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) Case No. 4:26-MJ- 207 <br> ) <br> ) **Filed Under Seal** <br> ) <br> ) <br> ) |

## AMENDED
## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____March 17, 2026 - May 18, 2026____ in the county of ____Collin____ in the
____Eastern____ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 - | Threats to the President of the United States |
| 18 U.S.C. § 875(c) - | Interstate Communication of Threats |

This criminal complaint is based on these facts:

See SA Jeffrey Cotner, FBI's affidavit attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jeffrey Cotner, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: ____June 4, 2026____

_____
*Judge's signature*

City and state: ____Beaumont, Texas____

Hon. Christine L. Stetson, U.S. Magistrate Judge
*Printed name and title*